# ATTACHMENT 1

State Court Record (Docket, Appearance, Summons, Complaint to Supplement or Set Aside Insurance Appraisal Award, for Breach of Contract, and Bad Faith Claim Handling)