UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| THE TOWNHOMES AT FISHERS POINTE HOMEOWNERS ASSOCIATION, INC., | ) ) ) | **Acknowledged** TWP September 22, 2025 |
| Plaintiff, | ) ) |  |
| v. | ) ) | No. 1:23-cv-00475-TWP-MG |
| DEPOSITORS INSURANCE COMPANY, | ) ) |  |
| Defendant. | ) |  |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff The Townhomes at Fishers Pointe Homeowners Association, Inc., by counsel, and Defendant Depositors Insurance Company, by counsel, hereby stipulate to the dismissal of this action with prejudice, costs having been paid.

Respectfully submitted,

By: /s/ *Donald D. Levenhagen*
Donald D. Levenhagen (No. 10327-49)
P.O. Box 501370
Indianapolis, IN 46250
T: (317) 902-2199
dlevenhagen@comcast.net

*Attorney for The Townhomes at Fishers Pointe Homeowners Association, Inc.*

By: /s/ *Emily D. Steeb*
Emily D. Steeb (No. 32773-49)
Sulema Medrano Novak (*Pro Hac Vice*)
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
T: (312) 876-8000
F: (312) 876-7934
emily.steeb@dentons.com
sulema.medrano@dentons.com

*Attorneys for Depositors Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, a copy of the foregoing was electronically served on all counsel of record by way of the Court's CM/ECF system.

/s/ *Emily D. Steeb*